IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHEL JOSEPH FILICE, | Case No.: 2:24-cv-02945-DJC-CKD |
| Plaintiff, | |
| vs. | Honorable Daniel J. Calabretta |
| EQUIFAX INFORMATION SERVICES LLC, | Magistrate Carolyn K. Delaney |
| | **ORDER EXTENDING TIME TO FILE RULE 41(a) DISMISSAL** |
| Defendant. | |

## ORDER

This matter coming before the Court on the Parties' Joint Stipulation for extension of time to file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a),

**IT IS HEREBY ORDERED:**

1. The Parties' Joint Stipulation for an extension of time to file a stipulation of dismissal as to Defendant Equifax pursuant to Fed. R. Civ. P. 41(a) is granted.

///

///

2. The Parties are to file a stipulation of dismissal Fed. R. Civ. P. 41(a) as to Defendant Equifax on or before April 24, 2025.

Dated: March 25, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE